# AFFIDAVIT IN SUPPORT

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MICHAEL DUKE REEVES | ) | Case No. _____ |
| | ) | |
| Vs. | ) | AFFIDAVIT IN SUPPORT OF ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER |
| UNITED STATES OF AMERICA | ) | |
| | ) | |

1.  My name is Michael Duke Reeves.

2.  I am a resident of North Carolina, am above the age of twenty-one (21) and am not subject to any legal disabilities. I make the following statements of on my own personal knowledge.

3.  I am a private citizen, who once embarked on a legal battle against a federal agency, ultimately emerging victorious and prompting a pending second settlement.

4.  Since then, my life and my business have been under unnecessary scrutiny. Misuses of surveillance warrants, including but not limited to, FISA (Foreign Intelligence Surveillance Act), warrants have led to invasive surveillance

that infringes upon my personal freedoms.

5. This supposed intelligence gathering that this warrant was to be used for is not leading to improvements in national security, it's being used to smear my image, destroy my business reputation, take away important documents like vehicle Titles, harass and follow me with drones and invade my personal life - actions perpetuated by the very institutions meant to protect us.

6. I recount a story that seems cut from a dystopian novel, but it is my reality and begs for the intervention of this Honorable Court.

7. Two years ago, I began to notice a permeating sense of eeriness. Personal and business items were disappearing. Strange tapping sounds from the walls and windows began to pervade my once peaceful home in New York, making my nights an ordeal of constant unrest.

8. The menace wasn't just confined to my home - it followed me persistently from hotel to hotel across New Jersey. My disquiet was no imaginary phantasm - I was being hounded by men from the Immigration and Customs Enforcement (ICE), working under a surveillance warrant.

9. The dam broke when the police informed me that they were impotent in addressing my plight, because the men following me were working from a federal

surveillance warrant, as evidenced from a report I filed at an extended stay in East Rutherford, NJ.

10. Two years ago, I began to notice a permeating sense of eeriness. Personal and business items were disappearing. Strange tapping sounds from the walls and windows began to pervade my once peaceful home in New York, making my nights an ordeal of constant unrest.

11. The harassment escalated to the point where plaintiff was forced to abandon his home in New York and live a transient life, moving from hotel to hotel across New Jersey. Tragically, the disturbing phenomenon followed him even there.

12. The menace wasn't just confined to his home - it followed me persistently from hotel to hotel across New Jersey. His disquiet was no imaginary phantasm - I was being hounded by men from the Immigration and Customs Enforcement (ICE), working under a surveillance warrant. The dam broke when I recognized that even the local police were impotent in addressing my plight, as evidenced from a report I filed at an extended stay in East Rutherford, NJ.

13. Horrified, Plaintiff sought refuge in his car, and eventually fled back home to North Carolina. But the relentless invasion of my privacy and

peace was omnipresent. They even convinced my landlord to grant them access to my residence. They have installed surveillance in his home and his business.

14. They are at my home 24 hours, every single night intimidating, using sleep deprivation techniques, making disturbing sounds, noises, flashing lights into plaintiff's home, illegally entering his car and leaving vehicle doors open in the middle of the night and the list goes on.

15.

16. I have video footage and surveillance photos of these people using human intelligence, electronic surveillance, intimidation, smearing image and even drones.

17. I spent Christmas Night sleeping in his vehicle at the Walmart Parking Lot due to the harassment brought on by the surveillance warrant being misused to settle the score. They have interacted with my neighbors and business associates to smear

18. To this day, I am still being chased by surveilling drones (above head right now) that continually harass him round-the-clock.

19. This is no life; no person should have to face these fear-inflicting and psychologically crippling tactics. We must not allow such invasive, unchecked authority that erodes our fundamental right to privacy and a sense of security in our own homes. This situation calls for immediate legal scrutiny and sanctions to curb alarming misuse of surveillance power getting use as a weapon of torture.

20. In addition to these inexplicable occurrences, I, an innocent citizen with no connections to any intelligence resources, found myself the victim of constant attacks using unknown sensory devices. My heart would race, my safety felt constantly threatened, and fear became a daily companion.

21. No rational person that looks at this case would believe that I am a person of any value to the intelligence community.

22. The surveillance is unjust and inhumane.

23. It is an invasion of my life and my privacy.

24. It is being conducted in retaliation against me for suing the agency.

25. While the purpose behind the Foreign Intelligence Surveillance Act (FISA) bill is to monitor foreign intelligence information between foreign powers and agents of foreign powers suspected of espionage or terrorism, it seems to have deviated from its intended goal in my case.

26. Statistics indicate an alarming degree of misuse of the FISA bill. According to a report by the Electronic Frontier Foundation, the FISA court rejected no surveillance requests from U.S. authorities between 1979 and 2013 (Source: Electronic Frontier Foundation). This indicates a potential misuse of power under the

FISA Act, placing innocent civilians like me under distressing surveillance and harassment.

27. This petition calls the United States to cease any further surveillance pending a final resolution of the complaint alleged by the Order.

28. I am asking for a thorough investigation into and an immediate halt of such practices against me.

29. I am requesting that this court closely scrutinize the processes for obtaining surveillance warrants, ensuring they serve their intended purpose, and to protect me from invasive surveillance and harassment.

I, _Michael Reeves_, this _27_ day of _Dec 2024_, declares that all of the above statements are **TRUE AND CORRECT under the penalty of perjury.**

_____
Michael Duke Reeves

_____
NOTARY